[No. 26721-3-I.   Division One.   December 7, 1992.]

CHATEAU VILLE CONDOMINIUMS ASSOCIATION OF APART-
MENT OWNERS, ET AL, *Appellants*, v. THE SHELTER
GROUP, INC., ET AL, *Defendants*, LEROY C.
LOWE, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 88-2-12815-4, Edward Heavey, J., entered November 8 and December 27, 1989, and January 18, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Scholfield, J.

[No. 27450-3-I.   Division One.   December 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
ALLAN MURCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02100-1, George A. Finkle, J., entered November 19, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Scholfield, J.

[No. 28247-6-I.   Division One.   December 7, 1992.]

270-272 RANDALL PARTNERSHIP, ET AL, *Respondents*, v.
LIDIA PANASIUK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05526-4, William L. Downing, J., entered March 22, 1991. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.